# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF ILLINOIS EASTERN  DIVISION

In re

**Thomas H Dwyer  and Michelle M Dwyer  / Debtors**

Bankruptcy Docket #:   **15-26183**

| AMENDED |
|---|

Judge: **Jacqueline P. Cox**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

| | Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F. |
|---|---|

| | Creditor's Name,  Mailing Address Including Zip Code and Account Number (See Instructions Above) | Codebtor | H W J C | Date Claim Was Incurred and Consideration For Claim. If Claim is Subject to Setoff, So State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| 1 | **CBNA** Attn: Bankruptcy Dept. 50 Northwest Point Road Elk Grove Village IL 60007  **Acct #:  5447** | | H | Dates: **2013-2015** Reason: **Credit Card or Credit Use** | | | | **$2,820** |
| 2 | **City of Chicago Bureau Parking** Department of Revenue PO Box 88292 Chicago IL 60680  **Acct #: 5026741280** | | | Dates: Reason: **Parking tickets Ordinance Violatic** | | | | **$500** |

| Law Firm(s) | Collection Agent(s) Representing the Original Creditor |
|---|

Arnold Scott Harris PC
Bankruptcy Dept.
111 W. Jackson Blvd., Ste. 600
Chicago IL 60604

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF ILLINOIS EASTERN  DIVISION

In re

**Thomas H Dwyer  and Michelle M Dwyer  / Debtors**

Bankruptcy Docket #:   **15-26183**

| AMENDED |
| --- |

Judge:  **Jacqueline P. Cox**

| SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS |
| --- |

| Creditor's Name,  Mailing Address Including Zip Code and Account Number (See Instructions Above) | Codebtor | H W J C | Date Claim Was Incurred and Consideration For Claim. If Claim is Subject to Setoff, So State | | Contingent | Unliquidated | Disputed | Amount of Claim |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3   **Convergent Outsourcing Inc.** Bankruptcy Department PO Box 9004 Renton WA 98057  **Acct #:  7088** | | | Dates: Reason: | **Credit Card or Credit Use** | | | | **$2,100** |
| 4   **Credit One Bank** Attn: Bankruptcy Dept. Po Box 98875 Las Vegas NV 89193  **Acct #:  5447** | | W | Dates:  **2013-2015** Reason: | **Credit Card or Credit Use** | | | | **$697** |
| 5   **Credit One Bank** Attn: Bankruptcy Dept. Po Box 98875 Las Vegas NV 89193  **Acct #:  6349** | | H | Dates:  **2014-2015** Reason: | **Credit Card or Credit Use** | | | | **$469** |
| 6   **Creditors Collection B** Attn: Bankruptcy Dept. 755 Almar Pkwy Bourbonnais IL 60914  **Acct #:  3693241** | | W | Dates:  **2011-2011** Reason: | **Medical Debt** | | | | **$422** |
| 7   **Creditors Collection B** Attn: Bankruptcy Dept. 755 Almar Pkwy Bourbonnais IL 60914  **Acct #:  5362483** | | W | Dates:  **2015-2015** Reason: | **Medical Debt** | | | | **$367** |
| 8   **First Premier BANK** Attn: Bankruptcy Dept. 601 S Minnesota Ave Sioux Falls SD 57104  **Acct #:  6349** | | W | Dates:  **2013-2015** Reason: | **Credit Card or Credit Use** | | | | **$264** |
| 9   **First Premier BANK** C/O Midland Funding 8875 Aero Dr Ste 200 San Diego CA 92123  **Acct #:  8559968580** | | H | Dates:  **2013-2013** Reason: | **Unknown Credit Extension** | | | | **$490** |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF ILLINOIS EASTERN  DIVISION

In re

**Thomas H Dwyer  and Michelle M Dwyer  / Debtors**                    Bankruptcy Docket #:   **15-26183**

| AMENDED |
| --- |

Judge: **Jacqueline P. Cox**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

| Creditor's Name,  Mailing Address Including Zip Code and Account Number (See Instructions Above) | Codebtor | H W J C | Date Claim Was Incurred and Consideration For Claim. If Claim is Subject to Setoff, So State | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| 10 **Great American Finance** <br> Attn: Bankruptcy Dept. <br> 20 N Wacker Dr Ste 2275 <br> Chicago IL 60606 <br> **Acct #:  201876086** | | H | Dates: | **2014-2015** | | | | $527 |
| | | | Reason: | **Unknown Credit Extension** | | | | |
| 11 **HSBC BANK** <br> Attn: Bankruptcy Dept. <br> Po Box 9 <br> Buffalo NY 14240 <br> **Acct #:  6349** | | H | Dates: | **2008-2009** | | | | $220 |
| | | | Reason: | **Credit Card or Credit Use** | | | | |
| 12 **HSBC BANK Nevada  N.A.** <br> C/O Portfolio Recovery ASS <br> 120 Corporate Blvd Ste 1 <br> Norfolk VA 23502 <br> **Acct #:  5155970187986662** | | W | Dates: | **2010-2011** | | | | $570 |
| | | | Reason: | **Unknown Credit Extension** | | | | |
| 13 **Illinois Lending Corp.** <br> Bankruptcy Department <br> 15008 S. Lagrange Rd. <br> Orland Park IL 60462 <br> **Acct #:  11306** | | | Dates: | | | | | $2,500 |
| | | | Reason: | **PayDay Loan** | | | | |
| 14 **Kohls/Capone** <br> Attn: Bankruptcy Dept. <br> N56 W 17000 Ridgewood Dr <br> Menomonee Falls WI 53051 <br> **Acct #:  6349** | | W | Dates: | **2012-2015** | | | | $275 |
| | | | Reason: | **Credit Card or Credit Use** | | | | |
| 15 **LaGrange Memorial Hospital** <br> Bankruptcy Dept <br> 5101 S. Willow Springs Rd <br> LaGrange IL 60525 <br> **Acct #:  0487** | | | Dates: | | | | | $600 |
| | | | Reason: | **Medical/Dental Services** | | | | |
| 16 **LaGrange Womans Clinic** <br> Bankruptcy Dept <br> 5201 S Willow Springs Rd <br> LaGrange IL 60525 <br> **Acct #:  91857** | | | Dates: | | | | | $600 |
| | | | Reason: | **Medical/Dental Services** | | | | |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF ILLINOIS EASTERN  DIVISION

In re

__Thomas H Dwyer  and Michelle M Dwyer__  / Debtors

Bankruptcy Docket #:   **15-26183**

| AMENDED |
| :---: |

Judge:  **Jacqueline P. Cox**

| SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS |
| :---: |

| Creditor's Name,  Mailing Address Including Zip Code and Account Number (See Instructions Above) | Codebtor | H W J C | Date Claim Was Incurred and Consideration For Claim. If Claim is Subject to Setoff, So State | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|:---:|:---:|---|---|:---:|:---:|:---:|---:|
| **17  Lumber Liquidators** <br> Synchrony Bank <br> PO Box 960061 <br> Orlando FL 32896 <br><br> **Acct #:  7661** | X | | Dates: <br> Reason:    **Credit Card or Credit Use** | | | | | $2,179 |
| **18  MBB** <br> Attn: Bankruptcy Dept. <br> 1460 Renaissance Dr <br> Park Ridge IL 60068 <br><br> **Acct #:  2437666** | | W | Dates:       **2010-2011** <br> Reason:    **Medical Debt** | | | | | $82 |
| **19  Medical Business Bureau** <br> Bankruptcy Department <br> PO Box 1219 <br> Park Ridge IL 60068 <br><br> **Acct #:  2020** | | | Dates: <br> Reason:    **Medical/Dental Services** | | | | | $500 |
| **20  Merchants Credit Guide** <br> Attn: Bankruptcy Dept. <br> 223 W Jackson Blvd Ste 4 <br> Chicago IL 60606 <br><br> **Acct #:  8111530163** | | H | Dates:       **2011-2011** <br> Reason:    **Medical Debt** | | | | | $577 |
| **21  Merchants Credit Guide** <br> Attn: Bankruptcy Dept. <br> 223 W Jackson Blvd Ste 4 <br> Chicago IL 60606 <br><br> **Acct #:  8113190030** | | W | Dates:       **2011-2012** <br> Reason:    **Medical Debt** | | | | | $150 |
| **22  Merchants Credit Guide** <br> Attn: Bankruptcy Dept. <br> 223 W Jackson Blvd Ste 4 <br> Chicago IL 60606 <br><br> **Acct #:  8113190047** | | W | Dates:       **2011-2012** <br> Reason:    **Medical Debt** | | | | | $673 |
| **23  Merchants Credit Guide** <br> Attn: Bankruptcy Dept. <br> 223 W Jackson Blvd Ste 4 <br> Chicago IL 60606 <br><br> **Acct #:  8113190048** | | W | Dates:       **2011-2012** <br> Reason:    **Medical Debt** | | | | | $88 |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS EASTERN  DIVISION

In re

**Thomas H Dwyer  and Michelle M Dwyer  / Debtors**          Bankruptcy Docket #:   **15-26183**

| AMENDED |
|---|

Judge:  **Jacqueline P. Cox**

| SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS |
|---|

| Creditor's Name,  Mailing Address Including Zip Code and Account Number (See Instructions Above) | Codebtor | H W J C | Date Claim Was Incurred and Consideration For Claim. If Claim is Subject to Setoff, So State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 24 **Midland Credit Management** Bankruptcy Department 8875 Aero Dr., Ste. 200 San Diego CA 92123-2215 Acct #: **8580** | | | Dates: Reason:  **Debt Owed** | | | | **$1,000** |
| 25 **Secretary of State** Attn: Safety & Financial Resp 2701 S. Dirksen Pkwy. Springfield IL 62723 Acct #: **D600-5537-9780** | | | Dates: Reason:  **Notice Only** | | | | **$0** |
| 26 **Souma Diagnostics** PBP 680 N Lake Shore Dr Chicago IL 60611 Acct #: **26896** | | | Dates: Reason:  **Medical Debt** | | | | **$200** |
| 27 **St. Rene Goupil** 6340 S. New England Chicago IL 60638 Acct #: **6349** | | | Dates:  **2012** Reason:  **Education Loan** | | | | **$1,000** |
| 28 **Syncb/Amazon** Attn: Bankruptcy Dept. Po Box 965015 Orlando FL 32896 Acct #: **5447** | | W | Dates:  **2015-2015** Reason:  **Credit Card or Credit Use** | | | | **$587** |
| 29 **Syncb/LUMBER LIQUIDATO** Attn: Bankruptcy Dept. C/O P.O. Box 965036 Orlando FL 32896 Acct #: **7661** | | H | Dates:  **2012-2015** Reason:  **Credit Card or Credit Use** | | | | **$2,095** |
| 30 **TD BANK USA/Targetcred** Attn: Bankruptcy Dept. Po Box 673 Minneapolis MN 55440 Acct #: **6564** | | W | Dates:  **2015-2015** Reason:  **Credit Card or Credit Use** | | | | **$287** |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS EASTERN  DIVISION

In re

**Thomas H Dwyer  and Michelle M Dwyer  / Debtors**

Bankruptcy Docket #:   **15-26183**

| AMENDED | Judge: **Jacqueline P. Cox** |
|---|---|

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

| Creditor's Name,  Mailing Address Including Zip Code and Account Number (See Instructions Above) | Codebtor | H W J C | Date Claim Was Incurred and Consideration For Claim. If Claim is Subject to Setoff, So State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 31 **Verizon Wireless** Bankruptcy Department PO Box 3397 Bloomington IL 61702 **Acct #:  078035424300001** | | | Dates: Reason:   **Utility Bills/Cellular Service** | | | | **$2,514** |
| 32 **Victoria's Secret/Commenity** Attn: Bankruptcy Dept. Box 182510 Columbus OH 43218 **Acct #:  5856** | | | Dates: Reason:   **Credit Card or Credit Use** | | | | **$447** |
| 33 **West Suburban Bank** Attn: Bankruptcy Department 711 S. Westmore Ave. Lombard IL 60148 **Acct #:  6349** | | | Dates: Reason:   **Overdraft Account** | | | | **$1,000** |

**Total Amount of Unsecured Claims**

(Report also on Summary of Schedules)

**$ 26,800**