**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Thomas | H | Dwyer |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Michelle | M | Dwyer |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the : __NORTHERN__ District of __ILLINOIS__
(State)

Case Number __15-26183__
(If known)

[x] Check if this is an amended filing

# Official Form 106A/B

# Schedule A/B: Property 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Esate You Own or Have an Interest In**

**01. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

[ ] No.
[x] Yes. Describe.....

3264 S. Guilkson Rd #4C
Street address, if available, or other description

_____

Chicago          IL          60638
City             State       ZIP Code

_____
County

**What is the property?** Check all that apply.

[x] Single-family home
[ ] Duplex or multi-unit building
[ ] Condominium or cooperative
[ ] Manufactured or mobile home
[ ] Land
[ ] Investment property
[ ] Timeshare
[ ] Other _____

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[x] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*

**Current value of the entire property?** $ 110,000.00

**Current value of the portion you own?** $ 110,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estat), if known.**

_____

[ ] Check if this is a community property
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries fro Part 1, including any entries for pages you have attached for Part 1. Write that number here** ..................... --> $110,000.00

Debtor 1  Thomas  H  Dwyer                    Case Number (if known) 15-26183
         First Name  Middle Name  Last Name

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

**03. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No.
☒ Yes. Describe.....

Make: Chevrolet
Model: Equinox
Year: 2014
Approximate Mileage: 160,000
Other information: Surrender

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*

Current value of the entire property?  $ 16,000.00
Current value of the portion you own?  $ 0.00

Make: Chevrolet
Model: 2103
Year: 2014
Approximate Mileage: 6,000
Other information:

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property (see instructions)

Current value of the entire property?  $ 24,000.00
Current value of the portion you own?  $ 0.00

**04. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No.
☐ Yes. Describe.....

5. Add the dollar value of the portion you own for all of your entries fro Part 2, including any entries for pages you have attached for Part 2. Write that number here ........................ --> $ 0.00

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions

**06. Household goods and furnishings**
Examples: Major appliances, furniture, linens, china, kitchenware

☐ No.
☒ Yes. Describe.....

Used household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans, rugs   $3,500

$ 3,500.00

**07. Electronics**
Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☒ No.
☐ Yes. Describe.....

$ 0.00

**08. Collectibles of value**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☒ No.
☐ Yes. Describe.....

$ 0.00

**09. Equipment for sports and hobbies**
Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No.
☐ Yes. Describe.....                                                                         $         0.00

**10. Firearms**
Examples: Pistols, rifles, shotguns, ammunition, and related equipment
■ No.
☐ Yes. Describe.....                                                                         $         0.00

**11. Clothes**
Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No.
■ Yes. Describe.....
    Necessary wearing apparel                                                    $350
                                                                                             $       350.00

**12. Jewelry**
Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
■ No.
☐ Yes. Describe.....                                                                         $         0.00

**13. Non-farm animals**
Examples: Dogs, cats, birds, horses
■ No.
☐ Yes. Describe.....                                                                         $         0.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☐ No.
■ Yes. Describe.....
    books, CDs, DVDs & Family Photos                                             $85
                                                                                             $        85.00

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................................... -->
                                                                                             $3,935.00

### Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own? Do not deduct secured claims or exemptions

**16. Cash**
Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No.
☐ Yes. Describe.....                                                                         $         0.00

**17. Deposits of money**
Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No.
■ Yes. Describe.....

| Account Type:     | Institution name: |           |
|-------------------|-------------------|-----------|
| Checking Account  | Bank of America   | $ 68.00   |
| Checking Account  | Chase             | $ 120.00  |
|                   |                   | $ 188.00  |

**18. Bonds, mutual funds, or publicly traded stocks**
Examples: Bond funds, investment accounts with brokerage firms, money market accounts
■ No.
☐ Yes. Describe.....  Institution or issuer name:                                            $         0.00

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in**
■ No.
☐ Yes. Describe.....  Name of Entity and Percent of Ownership:                               $         0.00

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
   Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.
   ■ No.
   ☐ Yes.    Describe.....   Issuer name:
   $_____ 0.00

**21. Retirement or pension accounts**
   Examples: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No.
   ■ Yes.    Describe.....   Type of account and Institution name:
   Pension plan      Former Employer                                $_____ 0.00
                                                                    $_____ 0.00

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   Examples: Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
   ■ No.
   ☐ Yes.    Describe.....   Institution name or individual:
   $_____ 0.00

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No.
   ☐ Yes.    Describe.....   Issuer name and description:
   $_____ 0.00

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No.
   ☐ Yes.    Describe.....   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):
   $_____ 0.00

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers**
   ■ No.
   ☐ Yes.    Describe.....
   $_____ 0.00

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   Examples: Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No.
   ☐ Yes.    Describe.....
   $_____ 0.00

**27. Licenses, franchises, and other general intangibles**
   Examples: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No.
   ☐ Yes.    Describe.....
   $_____ 0.00

**Money or property owed to you?**                                  Current value of the portion you own?
                                                                    Do not deduct secured claims or exemptions

**28. Tax refunds owed to you**
   ■ No.
   ☐ Yes.    Describe.....
   $_____ 0.00

**29. Family support**
   Examples: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ☐ No.
   ■ Yes.    Describe.....
   Child support arrears                              $15,000
   $_____ 15,000.00

**30. Other amounts someone owes you**
   Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
   Social Security benefits; unpaid loans you made to someone else
   ■ No.
   ☐ Yes.    Describe.....
   $_____ 0.00

Debtor 1  Thomas            H             Dwyer                     Case Number *(if known)* __15-26183__
      First Name      Middle Name      Last Name

**31. Interest in insurance policies**
Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No.
■ Yes.  Describe.....  Company Name & Beneficiary:

Term Life Insurance - No Cash Surrender Value                    $0

$_____0.00

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No.
☐ Yes.  Describe.....

$_____0.00

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
Examples: Accidents, employment disputes, insurance claims, or rights to sue
■ No.
☐ Yes.  Describe.....

$_____0.00

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights**
☐ No.
■ Yes.  Describe.....

Thomas H. Dwyer v. City of Chicago, workers' compensation case, fully exempt, attorney is Tyrrell LTD & G.A.H. L.L.C., 111 W. Washington, Suite 1120,Chicago, IL 60602, 312.726.5322.

$_____0.00

**35. Any financial assets you did not already list**
■ No.
☐ Yes.  Describe.....

$_____0.00

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ................................................................... -->

$15,188.00

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
■ No.
☐ Yes.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions

**38. Accounts receivable or commissions you already earned**
■ No.
☐ Yes.  Describe.....

$_____0.00

**39. Office equipment, furnishings, and supplies**
Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
■ No.
☐ Yes.  Describe.....

$_____0.00

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☐ No.
■ Yes.  Describe.....

Tool box and tools                                              $5,000

$_____5,000.00

**41. Inventory**
■ No.
☐ Yes.  Describe.....

$_____0.00

**42. Interests in partnerships or joint ventures**
■ No.
☐ Yes.  Describe.....  Name of Entity and Percent of Ownership:

$_____0.00

Debtor 1   Thomas    H    Dwyer     Case Number *(if known)* 15-26183

First Name    Middle Name    Last Name

**43. Customer lists, mailing lists, or other compilations**
- ■ No.
- ☐ Yes. Describe.....     $ 0.00

**44. Any business-related property you did not already list**
- ■ No.
- ☐ Yes. Describe.....     $ 0.00

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ........................................ -->    **$ 5000.00**

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No.
- ☐ Yes. Describe.....     $ 0.00

**47. Farm animals**
Examples: Livestock, poultry, farm-raised fish
- ■ No.
- ☐ Yes. Describe.....     $ 0.00

**48. Crops—either growing or harvested**
- ■ No.
- ☐ Yes. Describe.....     $ 0.00

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
- ■ No.
- ☐ Yes. Describe.....     $ 0.00

**50. Farm and fishing supplies, chemicals, and feed**
- ■ No.
- ☐ Yes. Describe.....     $ 0.00

**51. Any farm- and commercial fishing-related property you did not already list**
- ■ No.
- ☐ Yes. Describe.....     $ 0.00

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ........................................ -->    **$0.00**

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
Examples: Season tickets, country club membership
- ■ No.
- ☐ Yes. Describe.....     $ 0.00

54. Add the dollar value of all of your entries from Part 7. Write that number here ................. -->    **$0.00**

Debtor 1  Thomas                H                Dwyer                           Case Number *(if known)* __15-26183__
          First Name            Middle Name      Last Name

| Part 8: | List the Totals of Each Part of this Form | | |
|---|---|---|---|

55. **Part 1: Total real estate, line 2** | | | $ 110,000.00

56. **Part 2: Total vehicles, line 5** | $ 0.00 | |

57. **Part 3: Total personal and household items, line 15** | $ 3,935.00 | |

58. **Part 4: Total financial assets, line 36** | $ 15,188.00 | |

59. **Part 5: Total business-related property, line 45** | $ 5,000.00 | |

60. **Part 6: Total farm- and fishing-related property, line 52** | $ 0.00 | |

61. **Part 7: Total other property not listed, line 54** | $ 0.00 | |

62. **Total personal property.** Add lines 56 through 61. ....................... | $ 24,123.00 | | $ 24,123.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | | **$134,123.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Thomas | H | Dwyer |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Michelle | M | Dwyer |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the : __NORTHERN__ District of __ILLINOIS__
(State)

Case Number   15-26183
(If known)

[x] Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                                                                                        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on Schedule A/B: Property (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of Part 2: Additional Page as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions-such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds-may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   [x] You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   [ ] You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule A/B that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from Schedule A/B | Amount of the exemption you claim  Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 3264 S Gulikson Rd, 4C, Chicago, IL 60638 (Debtor's primary residence)  Line from Schedule A/B: 00 | $ 110,000 | [x] $ 15,000  [ ] 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-901 - $15,000.00 |
| Brief description: 3264 S. Gulikson Rd #4C, Chicago, IL 60638  Line from Schedule A/B: 01 | $ 110,000 | [x] $ 1,500  [ ] 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-901 - $1,500.00 |
| Brief description: checking account with - Bank of America  Line from Schedule A/B: 02 | $ 68 | [ ] $  [x] 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) - $68.00 |
| Brief description: checking account with - Chase  Line from Schedule A/B: 02 | $ 120 | [ ] $  [x] 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) - $120.00 |

Debtor 1: Thomas H Dwyer
First Name / Middle Name / Last Name

Case Number (if known): 15-26183

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Used household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, <br> Line from Schedule A/B: 04 | $ 3,500 | ☐ $ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) - $3,500.00 |
| Brief description: Books, CD's, DVD's, Tapes/Records, Family Pictures <br> Line from Schedule A/B: 05 | $ 85 | ☐ $ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(a) - $85.00 |
| Brief description: Necessary wearing apparel. <br> Line from Schedule A/B: 06 | $ 350 | ☐ $ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(a) - $350.00 |
| Brief description: Used household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, <br> Line from Schedule A/B: 06 | $ 3,500 | ☐ $ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) - $3,500.00 |
| Brief description: Term Life Insurance - No Cash Surrender Value. <br> Line from Schedule A/B: 09 | $ 0 | ☐ $ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(h)(3) - $0.00 |
| Brief description: Necessary wearing apparel <br> Line from Schedule A/B: 11 | $ 350 | ☐ $ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(a),(e) - $350.00 |
| Brief description: Pension w/ Employer/Former Employer - 100% Exempt. <br> Line from Schedule A/B: 12 | $ Unknown | ☐ $ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1006 - $0.00 |
| Brief description: books, CDs, DVDs & Family Photos <br> Line from Schedule A/B: 14 | $ 85 | ☐ $ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(a) - $85.00 |
| Brief description: Checking Account, Bank of America, 68.00 <br> Line from Schedule A/B: 17 | $ 68 | ☐ $ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) - $68.00 |
| Brief description: Checking Account, Chase, 120.00 <br> Line from Schedule A/B: 17 | $ 120 | ☐ $ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) - $120.00 |

Official Form 106C    Record # 665495    Schedule C: The Property You Claim as Exempt    Page 2 of 4

Debtor 1: Thomas H Dwyer    Case Number (if known): 15-26183

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Child support arrears. Line from Schedule A/B: 17 | $15,000 | ☐ $ ___ ☒ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(g)(4) - $15,000.00 |
| Brief description: Pending Worker's Compensation claim. Debtor represented by Storm and Associates. Line from Schedule A/B: 21 | $ Unknown | ☐ $ ___ ☒ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(h)(4) - $0.00 |
| Brief description: Pension plan, Former Employer, 0. Line from Schedule A/B: 21 | $0 | ☐ $ ___ ☒ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1006 - $0.00 |
| Brief description: 2014 Chevy Equinox with over 16000 miles (Surrender). Line from Schedule A/B: 25 | $16,000 | ☒ $2,400 ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(c) - $2,400.00 |
| Brief description: 2014 Chevy 1500 with over 6,000 miles. Line from Schedule A/B: 25 | $24,000 | ☒ $2,400 ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(c) - $2,400.00 |
| Brief description: Tool box and tools. Line from Schedule A/B: 29 | $5,000 | ☒ $1,500 ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(d) - $1,500.00 |
| Brief description: Child support arrears. Line from Schedule A/B: 29 | $15,000 | ☐ $ ___ ☒ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(g)(4) - $15,000.00 |
| Brief description: Thomas H. Dwyer v. City of Chicago, workers' compensation case, fully exempt, attorney is Tyrrell LTD & G.A.H. L.L.C., 111. Line from Schedule A/B: 34 | $ Unknown | ☐ $ ___ ☒ 100% of fair market value, up to any applicable statutory limit | 820 ILCS 305/21 - $0.00 |
| Brief description: Tool box and tools. Line from Schedule A/B: 40 | $5,000 | ☒ $1,500 ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(d) - $1,500.00 |

| Debtor 1 | Thomas | H | Dwyer | Case Number *(if known)* 15-26183 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|

3. **Are you claiming a homestead exemption of more than $155,675?**

   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment .)

   ■ No.

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes.